UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DUSTIN BRIAN LAROCHE,

Plaintiff,

v.

JOHN DOES 1 - 100,

Defendants.

Case No. C26-2764-JCC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's *in forma pauperis* (IFP) application, Dkt. 1, is deficient. He indicates he has no income, received $5,856.00 in disability, unemployment, workers compensation, or public assistance over the past twelve months, and has less than $15.00 in accounts. He reports $140.00 in monthly expenses for electric. He does not disclose expenses for rent, food, transportation, or other basic necessitates.

The Court cannot evaluate Plaintiff's IFP application as written. Plaintiff must file a revised, signed IFP application within **twenty (20) days** of the date of this Order. He must provide complete and detailed financial information and, if he has no other means of support, he

must explain how he is able to meet basic expenses, including food and shelter. Failure to comply may result in denial of IFP or dismissal of this matter.

Dated this 7th day of August, 2026.

Joshua C. Lewis
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk